NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1167

ENOVSYS LLC,

Plaintiff-Appellee,

v.

NEXTEL COMMUNICATIONS, INC., NEXTEL OF CALIFORNIA, INC.,
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.,
NEXTEL OF NEW YORK, INC., NEXTEL SOUTH CORPORATION,
NEXTEL OF TEXAS, INC., NEXTEL WEST CORP.,
SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P.,
SPRINT SPECTRUM L.P., and SPRINT SOLUTIONS, INC.,

Defendants-Appellants.

Appeal from the United States District Court for the Central District of California in case no. 06-CV-5306, Judge Ronald S.W. Lew.

## O R D E R

Upon consideration of the parties' joint motion to modify the briefing schedule,

IT IS ORDERED THAT:

The motion is granted. Enovsys LLC's brief is due by August 3, 2009. Nextel Communications, Inc. et al.'s reply brief is due by September 3, 2009.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Gregory S. Dovel, Esq.
       Donald R. Dunner, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK